RUSSELL M. VAN KIRK, Appellant, *v.* THE BOND CORPORATION OF AMERICA, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on December 3, 1926, dismissing the complaint at the close of the plaintiff's case, after trial at the New York Trial Term.

PER CURIAM. In the circumstances here disclosed, we are of opinion that it cannot be said as a matter of law that the plaintiff was guilty of a breach of faith or confidence toward his principal. The judgment should, therefore, be reversed

and a new trial ordered, with costs to the appellant to abide the event. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. Judgment reversed and new trial ordered, with costs to the appellant to abide the event.